JS-6

Dale J. Giali (SNB 150382)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614
Telephone:  (949) 759-3944
Facsimile:  (949) 266-5529
gialid@howrey.com

*Attorneys for Plaintiffs*
**BMW of North America, LLC and
Bayerische Motoren Werke AG**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC AND BAYERISCHE MOTOREN WERKE AG,<br><br>Plaintiff,<br><br>v.<br><br>FLEETRATES.COM, INC.,<br><br>Defendant. | Case No. CV-09-1509 GW (FMOx)<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. This Court has jurisdiction over the subject matter of this action and the parties hereto, specifically, plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG. ("BMW") and defendant Fleetrates.com ("Defendant").

2. BMW is the owner of rights in the federal trademark registration for the mark BMW in the United States in connection with the importation, distribution, and sale of motor vehicle products, and with the provision of related repair and maintenance services. The U.S. Patent and Trademark Office has issued trademark/service mark registrations for the BMW mark including, but not limited to, Reg. Nos. 611,710; 1,164,922; 1,627,241, and 2,816,178; and such registrations are valid and enforceable. The BMW mark is famous as that term is defined by federal and state law, and is entitled to protection from dilution as provided by law.

1       3.      BMW is the owner of nationwide common law rights in numerous trademarks for the model names of BMW vehicle products, including but not limited to the following marks implicated in this action:  "Z4"; "3 SERIES"; "5 SERIES"; "6 SERIES"; "7 SERIES"; "528"; "550"; "650"; and "750".

        4.      Collectively, the marks described in paragraphs 1-3 above are referred to herein as the "BMW Marks."

        5.      Defendant has registered and/or controlled directly or through third parties or private registration services several URL domain names that contain portions of the BMW marks, and/or are confusingly or deceivingly similar to the BMW Marks, including the domain name BMWLEASEOFFERS.COM.  Previously, Defendant had registered and/or controlled additional URLs, including:  2008BMW528.COM, 2008BMW528I.COM, 2008BMW535.COM, 2008BMW535I.COM, 2008BMW550.COM, 2008BMW550I.COM, 2009BMW535I.COM, (collectively with BMWLEASEOFFERS.COM, the "Infringing Domain Names"),  but Defendant represents that these additional URLs now have all been allowed to expire without having been renewed by Defendant, and are no longer owned by Defendant.  Defendant represents and warrants that BMWLEASEOFFERS.COM is the only domain name it currently owns or controls that includes any BMW Mark.

        6.      Defendant has also included some of the BMW Marks in the "metatags" for its websites.

        7.      BMW has alleged that its rights in the BMW Marks have been violated by Defendant's use of the BMW Marks.

        8.      The following individuals and entities (collectively, the "Bound Parties")

                (a)     Defendant,

                (b)     Defendant's successors, assigns, directors, officers, employees, agents, independent contractors, servants, shareholders, insurers, parents, subsidiaries, affiliates and

(c) all those persons controlled by or in active concert or participation with the foregoing who receive actual notice of this Consent Judgment by personal service or otherwise;

are hereby permanently enjoined and restrained from:

A. Registering or owning any URL domain name containing BMW or any of the other BMW Marks or any other trademark in which BMW holds rights, including, without limitation, (i) BMW's vehicle model names for BMW vehicle products, and (ii) BMW trademarks that are the subject of registrations in the U.S. Patent and Trademark Office (collectively, together with the BMW Marks, the "Enjoined BMW Marks");

B. Marketing, selling, or advertising goods and services using the Infringing Domain Names, or any other mark confusingly similar to the Enjoined BMW Marks, or otherwise using the Enjoined BMW Marks or any mark confusingly similar to the Enjoined BMW Marks in a manner that infringes BMW's rights;

C. Engaging in activity likely to dilute the distinctive quality of the Enjoined BMW Marks; and/or

D. Unfairly competing with BMW, or engaging in any unfair, fraudulent or deceptive business practices that relate in any way to the manufacture, distribution, advertisement, and sale of goods or services under the Infringing Domain Names, or any other mark confusingly similar to the Enjoined BMW Marks.

9. Defendant is ordered to make available the transfer codes to BMW, or to cause the Bound Parties to make available the transfer codes to BMW, for BMWLEASEOFFERS.COM and any and all other domain names owned or controlled by Defendant which incorporates any of the Enjoined BMW Marks, and to cooperate in effectuating and assuring the orderly transfer of said domain name(s), not later than ten (10) days after Entry of this Order.

10. Defendant is ordered to immediately delete or destroy all promotional, marketing, and advertising materials, including, without limitation,

advertisements, and brochures, bearing the Infringing Domain Names or any other domain name owned by Defendant which incorporates any of the Enjoined BMW Marks.

11. Within thirty (30) days of the entry of this Consent Judgment, Defendant shall, pursuant to 15 U.S.C. § 1116(a), file with the Court and serve upon BMW's counsel a report setting forth the manner and form in which Defendant has complied with this Judgment.

12. Defendant shall take all reasonable steps to ensure that the Bound Parties do not violate the terms of this Consent Judgment. Defendant shall not assist any entity, directly or indirectly, in violating the terms of this Consent Judgment or in forming or assisting in the formation of new business entities whose conduct would violate the terms of this Consent Judgment if they were bound by the Judgment.

13. This Court shall retain jurisdiction over the parties hereto for the purposes of any proceeding to enforce this Consent Judgment. In the event the Bound Parties, or any of them, violate any of the terms of this Consent Judgment, BMW shall be entitled to immediately seek an order to show cause as to why an injunction should not issue to prohibit such violation.

14. Notwithstanding any contrary provisions of the Federal Rules of Civil Procedure, and notwithstanding the absence of any findings of fact and/or conclusions of law by this Court, any requirements for which have been expressly waived by BMW and Defendant, this Consent Judgment is a final judgment in this action and suitable for entry by the Clerk pursuant to Fed. R. Civ. P. 58 and 79(a). All rights to appeal this final judgment, on any basis, have been expressly waived by Plaintiffs and Defendant.

15. Defendant shall pay to BMW the sum of One Thousand Dollars ($1,000.00) within fifteen (15) days of Entry of this Order, by check payable to: "BMW of North America, LLC," delivered to BMW's undersigned counsel of record.

16. Defendant shall pay to BMW the additional sum of One Thousand

1  Dollars ($1,000.00) within six (6) months of the date of Entry of this Order, by check
2  payable to: "BMW of North America, LLC," delivered to BMW's undersigned counsel
3  of record.
4      17.   Other than as set forth hereinabove, Plaintiffs and Defendant shall
5  each bear their own respective fees and costs in this action.
6      18.   Plaintiffs, through their undersigned counsel, and Defendant,
7  through its undersigned counsel, hereby consent to the Entry of the foregoing Consent
8  Judgment.

**IT IS SO AGREED.**　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　_____
DATED: July 21, 2009　　　　　　　　　Dale J. Giali (SNB 150382)
　　　　　　　　　　　　　　　　　　　　HOWREY LLP
　　　　　　　　　　　　　　　　　　　　4 Park Plaza, Suite 1700
　　　　　　　　　　　　　　　　　　　　Irvine, CA  92614
　　　　　　　　　　　　　　　　　　　　Telephone:  (949) 721-6900
　　　　　　　　　　　　　　　　　　　　Facsimile:  (949) 721-6910
　　　　　　　　　　　　　　　　　　　　gialid@howrey.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs,*
　　　　　　　　　　　　　　　　　　　　**BMW of North America, LLC**
　　　　　　　　　　　　　　　　　　　　**and Bayerische Motoren Werke AG**

DATED: July 20, 2009　　　　　　　　　HANKIN PATENT LAW, A
　　　　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION
　　　　　　　　　　　　　　　　　　　　　　　　/s /
　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　MARC E. HANKIN, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, **Fleetrates.com, Inc.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_[signature: George H. Wu]_
DATED: July 28, 2009　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE